MARTIN SULLIVAN, as Administrator, etc., of MARTIN SULLIVAN, JR., Deceased, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant. (Appeal No. 1.) — Action for wrongful death arising out of the claimed negligent closing of a door on a subway train operated by the defendant, as a consequence of which the clothing of plaintiff's intestate was caught in the door as he was emerging from the car and he was dragged by the train in a manner that so injured him that he died. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. (Appeal No. 2.) Order denying motion for a new trial on the ground of newly-discovered evidence unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

ALLIE M. WARD, Appellant, v. CHARLES F. WARD, Respondent.— Order denying the plaintiff's motion to vacate the judgment previously entered in the action, on the ground that the court had no jurisdiction of the subject-matter of the action, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

## (March 25, 1937.)

JENNIE CORIO, Appellant, v. LAURELTON AMUSEMENT CORP., Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

JOSEPH FRIEDMAN, Respondent, v. MICHAEL FRIEDMAN, as Administrator, etc., of AUGUSTA FRIEDMAN, Deceased, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of LAURENCE B. DODDS for Admission to Practice as an Attorney and Counselor at Law. (From the District of Columbia.) — Motion by petitioner for leave to resubmit to the court his application for admission to practice as an attorney and counselor at law, pursuant to rule II, subdivision 1 of the Rules of the Court of Appeals for the Admission of Attorneys and Counselors at Law, granted. The application for admission to practice as an attorney and counselor at law is granted. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.